```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 24067
     PATRICIA LOVELESS
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
           Debtor
     SSN XXX-XX-2285


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/21/07 .

     2.  The case was dismissed without confirmation, 04/18/2008.

     3.  The Debtor paid a total of $     700.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG         .00            .00             .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE   NOT FILED            .00             .00
VANGUARD COMMUNITY MANAG   MORTGAGE ARRE   NOT FILED            .00             .00
THE CHICAGO DEPT OF REVE   UNSECURED       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED            .00             .00
        Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00           .00
PRINCIPAL PAID         .00          .00          .00          .00           .00
INTEREST PAID          .00          .00          .00          .00           .00
TOTAL PAID             .00          .00          .00          .00           .00
The Debtor's attorney, NELLA E MARIANI             , was allowed $   3500.00
and was paid $   1000.00  direct and $    659.40  through the plan.

The Trustee received $     40.60 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 07/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 07 B 24067 PATRICIA LOVELESS